1154 UNION AVENUE CORPORATION v. ADOLPH DAVIS and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAVERIO AGNELLI v. VICTOR GAYDA.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

M. J. & H. J. MEYER COMPANY v. SAMUEL ROSENBERG, Doing Business, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EUPHEN RENTON v. LEROY P. CHEEVER.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

KATE RENTON v. LEROY P. CHEEVER.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ANNE HERZOG v. ALFRED W. HERZOG.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LORETTA McCULLOUGH v. RALPH WEINER.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHARLES LaPENNA v. HAROLD & MATIS, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MARIAN B. CLARK and Another v. CHARLES NORRIS and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VITO VITALE.— Motion granted, and the time of appellant in which to file the record on appeal and appellant's points extended to and including December 13, 1928, with notice of argument for January 2, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK SHAKUN.— Motion granted, on condition that the appellant procure the record on appeal and the appellant's points to be served and filed on or before November 5, 1928, with notice of argument for November 27, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY CATANSARITA.— Motion granted, on condition that the appellant procure the record on appeal and the appellant's points to be served and filed on or before November 3, 1928, with notice of argument for November 27, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of GEORGE J. ROSENTHAL for the Payment of His Judgment Out of the Money Set Aside to Secure Payment of His Judgment Out of the Award for Damage Parcel No. 8 on the Damage Map and in the Final Decree of the Supreme Court in the Proceeding to Acquire Certain Lands and Premises Situated on the Southerly Side of Broome Street, between Ludlow and Essex Streets, in the Borough of Manhattan, City of New York, Duly Selected